IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONIC BLUE AEROSPACE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROLLS-ROYCE HOLDINGS PLC, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00122-SLH <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION REGARDING SETTLEMENT AND DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Rolls-Royce North American Technologies, Inc., Rolls-Royce Corporation and Rolls-Royce Holdings PLC (together, "Rolls-Royce") and Plaintiff Sonic Blue Aerospace, Inc. ("SonicBlue"), hereby respectfully stipulate for the record as follows:

1. On June 24, 2022, the Court entered an order dismissing all claims against Rolls-Royce for lack of personal jurisdiction. *See* ECF No. 52.

2. On July 8, 2022, Rolls-Royce moved for fees related to this action.

3. On October 6, 2022, SonicBlue and Rolls-Royce entered into a Settlement Agreement resolving all claims that are the subject of this action, including the Rolls-Royce motion for fees in the above-captioned action.

4. Accordingly, all parties to this action hereby stipulate for the dismissal of this action with prejudice, and, to the extent that the Rolls-Royce motion for fees is not mooted hereby, Rolls-Royce hereby withdraws said motion.

5. Each party agrees to bear its own fees and costs.

2

| | |
|---|---|
| Dated: October 19, 2022 | Respectfully submitted,<br><br>/s/ Celine J. Crowson<br>Celine J. Crowson (admitted *Pro Hac Vice*)<br>Joseph Raffetto (admitted *Pro Hac Vice*)<br>Hogan Lovells US LLP<br>555 Thirteenth St, NW<br>Washington, DC 20004<br>Telephone: (202) 637-5703<br>Facsimile: (202) 637-5910<br>Email: celine.crowson@hoganlovells.com<br>Email: joseph.raffetto@hoganlovells.com<br><br>Gurtej Singh (admitted *Pro Hac Vice*)<br>Hogan Lovells US LLP<br>855 Main St. Suite 200<br>Redwood City, CA 94063<br>Telephone: (650) 463-4000<br>Facsimile: (650) 463-4199<br>Email: tej.singh@hoganlovells.com<br><br>Yi Zhang (admitted *Pro Hac Vice*)<br>Hogan Lovells US LLP<br>3 Embarcadero Ctr #1500<br>San Francisco, CA 94111<br>Telephone: (202) 804-7859<br>Facsimile: (202) 637-5910<br>Email: yi.zhang@hoganlovells.com<br><br>Andrew K. Fletcher (Pa. I.D. No. 75544)<br>Richard M. Weibley (Pa. I.D. No. 90958)<br>BLANK ROME<br>501 Grant Street, Suite 850<br>Pittsburgh, PA 15219<br>Telephone: (412) 932.2800<br>Fascimile: (412) 932.2777<br>Email: afletcher@blankrome.com<br><br>*Counsel for Defendants Rolls-Royce Holdings PLC, Rolls-Royce Corporation, and Rolls-Royce North American Technologies, Inc.*<br><br>/s/ Daniel J. Long<br>Daniel J. Long<br>547 Amherst Street 3rd Floor<br>Nashua, NH 03063-4000 USA<br>Telephone: (603) 886.6100<br>Facsimile: (603) 886.4796<br>Email: dlong@mcr-ip.com<br><br>Gregg R. Zegarelli<br>2585 Washington Road, Suite 134 |

Summerfield Commons Office Park
Pittsburgh, PA 1524-25651 USA
Telephone: (412) 833.0600
Facsimile: (412) 833.0601
Email: mailroom.grz@zegarelli.com

*Counsel for Plaintiff Sonic Blue Aerospace, Inc.*

AND NOW, this 19th day of October, 2022,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE